# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

August 17, 2020

Lyle W. Cayce
Clerk

No. 19-50295
Conference Calendar

United States of America,

*Plaintiff—Appellee*,

*versus*

David Michael Matacia,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:18-CR-236-1

Before Smith, Stewart, and Higginson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent David Matacia has moved to withdraw and has filed a brief per *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Matacia has not filed a response.

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 19-50295

We have reviewed counsel's brief and the relevant portions of the record. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, the motion to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.